\#  **IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| KRYSTAL WILCHER, individually and on behalf of all others similarly situated, ) ) ) ) Plaintiff, ) ) v. ) ) APT MARKETING, LLC, ) ) Defendant. ) | No. 23-03087-CV-S-BP |

## JUDGMENT IN A CIVIL CASE

\_\_\_**Jury Verdict**.  This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.**   This action came before the Court.   The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the Order (Doc. 31) filed September 10, 2024, the Motion for Default Judgment, (Doc. 30), is **GRANTED**. The Court thus awards Plaintiff $500 for 89 of the calls and $1,500 for five calls, for a total award of $52,000. The Court also awards Plaintiff costs in the amount of $1,017.25.

September 10, 2024                                     Paige Wymore-Wynn
Date                                                                 Clerk of Court

                                                                            /s/ Shauna Murphy-Carr
                                                                            (by) Deputy Clerk